UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAYTON L. BUELL, JR.,

       Plaintiff,                    Case No. 1:15-cv-791

v.                                         Hon. Ray Kent

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: December 11, 2015                /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge